JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA JS-6
WESTERN DIVISION

| | |
|---|---|
| ANDREW ROMERO, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Defendants. | No. CV 15-05404-ODW (AJWx) <br><br> **ORDER ACCEPTING THE PARTIES' STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT CLAIMS PURSUANT TO 28 U.S.C. §2677 AND DISMISSING THE CASE WITH PREJUDICE.** <br><br> Hon. Otis D. Wright II |

The Stipulation for Compromise Settlement and Release filed by the parties hereto is accepted by the Court. This case is dismissed with prejudice with each party to bear its own fees, costs, and expenses.

DATE: October 28, 2016  
_____  
HON. OTIS D. WRIGHT II  
UNITED STATES DISTRICT JUDGE

-1-